IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VICKIE PARKS SHEPPARD,<br>    Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO.4:11-CV-449-Y |
| JOE KEFFER, Warden,<br>FMC-Carswell,<br>    Respondent. | § § § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Vickie Parks Sheppard under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on October 14, 2011; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on November 4, 2011.

The Court, after **de novo** review, concludes that the Petitioner's objections must be overruled and the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction for the reasons stated in the respondent's September 12, 2011, response at section II, pages 3-4, and, alternatively, denied for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Vickie Parks Sheppard's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction and, alternatively, DENIED.

SIGNED November 10, 2011.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE